1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | Case No. 09-cr-0173-JM |
| | ) | |
| 11  Plaintiff, | ) | ORDER FOR UNITED STATES PROBATION |
| | ) | OFFICE TO GENERATE A CRIMINAL |
| 12  v. | ) | HISTORY REPORT |
| | ) | |
| 13  JORGE ESTRADA-RODRIGUEZ, | ) | |
|     also known as | ) | |
| 14  JORGE CONTRERAS-GARCIA, | ) | |
| | ) | |
| 15  Defendant. | ) | |
| _____ | ) | |

16

17    Pursuant to the United States' unopposed motion (Document # 20), the Court orders the
18 United States Probation Office to generate a criminal history report at least five days prior to the
19 May 15, 2009 sentencing hearing, or to request a continuance of the sentencing date from the Court
20 in order that a criminal history report may be prepared at least five days prior to the sentencing
21 hearing.

22    IT IS SO ORDERED.

23 DATED: May 4, 2009

24                                              _____
                                                Hon. Jeffrey T. Miller
25                                              United States District Judge

26
27
28